THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>38.307 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND CASCADE REAL ESTATE OPERATING, L.P.,<br><br>    Defendant. | **DECLARATION OF TAKING**<br><br>CIVIL NO. 7:20-CV-242 |

DECLARATION OF TAKING

    I, Loren Flossman, Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, under the authority delegated to me by the Act of Congress approved November 25, 2002, as Public Law 107-296, 116 Stat. 2311 and codified at 6 U.S.C. §§ 202, 251, and 557, which transferred certain authorities of the Attorney General to the Secretary of Homeland Security; and by DHS Delegation No. 7010.3(II)(B), which delegated land acquisition authority from the Secretary of Homeland Security to the Commissioner of U.S. Customs and Border Protection; and by CBP Delegation 18-200, which delegated land acquisition authority of $5 million dollars or less to the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol; do hereby declare that:

    1.    The authority for the acquisition of the estate in the properties taken is set forth in Schedule A.

2. The public purpose for which the properties are taken is set forth in Schedule B.

3. The legal description of the properties taken is set forth in Schedule C.

4. A map or plat showing the lands being taken is set forth in Schedule D.

5. The estate taken in the properties is set forth in Schedule E.

6. The amount estimated to be just compensation for the taking, which sum I caused to be deposited in the Registry of the Court for the use and benefit of the persons entitled to it, is set forth in Schedule F. I am of the opinion that the ultimate award for the taking will be within the limit prescribed by law on the price to be paid for it.

7. The names and addresses of known parties who have or may claim an interest in the property are set forth in Schedule G.

8. The United States of America made best efforts to negotiate acquisition of the property interest sought prior to filing this condemnation action.

I, Loren Flossman, Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, state and declare that the property rights acquired are taken in the name of and for the use of the United States of America under the authority and for the public purpose stated herein.

IN WITNESS WHEREOF, the United States of America, by direction of the Secretary of the Department of Homeland Security and the Chief, U.S. Border Patrol, U.S. Customs and Border Protection, hereunto authorized, subscribes his name this __26__ day of __August__, 2020 in the City of Washington, District of Columbia.

UNITED STATES OF AMERICA

BY: _____
      Loren Flossman
      *Digitally signed by Loren Flossman*
      *Date: 2020.08.26 09:52:57 -04'00'*

      Loren Flossman
      Acquisition Program Manager
      Wall Program Management Office
      U.S. Border Patrol Program Management Office Directorate
      U.S. Border Patrol
      U.S. Customs and Border Protection
      Department of Homeland Security